**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA BUTTLE, | ) NO. SA CV 12-0498 FMO |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed and this matter remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the court's Order Re: Joint Stipulation filed contemporaneously with the filing of this Judgment.

Dated this 31st day of January, 2013.

/s/
Fernando M. Olguin
United States District Judge