**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Theresa Buttle

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BUTTLE,<br><br>    Plaintiff,<br><br>v<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No. SACV12-498 FMO<br><br>[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS |

    Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act Fees, Costs and Expenses:

    IT IS ORDERED that the Commissioner shall pay the amount of THREE THOUSAND ONE HUNDRED FIFTEEN DOLLARS and ONE CENT ($3,115.01) for attorney fees and THREE HUNDRED SIXTY-NINE DOLLARS and NINE-FIVE CENTS ($369.55) for costs, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

    Dated: February 13, 2013

                                /S/
                        THE HONORABLE SUZANNE H. SEGAL
                        UNITED STATES MAGISTRATE JUDGE

1