**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Theresa Buttle

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BUTTLE, <br><br> Plaintiff, <br><br> v <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant. | No. SACV12-498 FMO <br><br> AMENDED <br> ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act Fees, Costs and Expenses:

IT IS ORDERED that the Commissioner shall pay the amount of THREE THOUSAND ONE HUNDRED FIFTEEN DOLLARS and ONE CENT ($3,115.01) for attorney fees and THREE HUNDRED SIXTY-NINE DOLLARS and NINETY FIVE CENTS ($369.95) for costs, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: 11/05/13

_____
/S/
THE HONORABLE SUZANNE H. SEGAL
UNITED STATES CHIEF MAGISTRATE JUDGE

1